BRIDGET FLANAGAN, as Administratrix, etc.; Respondent, *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.

(Argued February 4, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order

made February 11, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Henry W. Taft* for appellant.

*Martin J. Keogh* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.